UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 05-CR-20859-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

v.

EDUARDO HILLMAN-WALLER
    Defendant.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION OF ORDER GRANTING DEFENDANT'S HILLMAN-WALLER'S UNOPPOSED MOTION FOR EXTENSION OF HIS VOLUNTARY SURRENDER TO THE U.S. BUREAU OF PRISONS

THIS CAUSE is before the Court on the Republic of Trinidad and Tobago's Motion for Reconsideration of Order Granting Defendant, Eduardo Hillman-Waller's Unopposed Motion for Extension of his Voluntary Surrender to the U.S. Bureau of Prisons ("Motion to Reconsider"). The Court has reviewed the Motion to Reconsider, and Defendant, Eduardo Hillman-Waller's Response. (The Government has not responded.) In summary, the Republic request that the Court condition any extensions of defendant's surrender date upon defendant paying to the Republic, a minimum of $75,000.00 for each extension. The Republic does not provide any legal authority or precedent for this extraordinary relief. In response, Defendant argues that he has diligently pursued efforts to make full restitution, including the sale of his property, surrender of his bail bond, and several cash payments acquired through contracts in the airline industry. Defendant also points out that the additional condition is not in accordance wit the terms of Defendant's release regarding restitution payments. Having considered that even if the Republic had standing to object to the Court's Order Granting Defendant, Eduardo Hillman-Waller's Unopposed Motion for Extension of his Voluntary

Surrender to the U.S. Bureau of Prisons ("Order"), the Court finds that the extraordinary relief sought by the Republic is inappropriate. Therefore, the Motion for Reconsideration is denied.

DONE AND ORDERED in chambers in Miami, Florida this 22 day of April, 2008.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All Counsel of Record
    U.S. Marshal
    U.S. Probation
    Bureau of Prisons