UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20859-Cr-Huck/Simonton (s)(s)

UNITED STATES OF AMERICA

vs

EDUARDO HILLMAN-WALLER
_____/

ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF VOLUNTARY SURRENDER
TO THE U.S. BUREAU OF PRISONS

THIS CAUSE having come before this Court upon Defendant Hillman-Waller's Unopposed Motion for a ninety-day extension of his Voluntary Surrender to the U.S. Bureau of Prisons. The Court having reviewed said motion, noting the agreement of the government, and being advised in the premises, it is hereby

ORDERED AND ADJUDGED Defendant Hillman-Waller's Motion hereby is GRANTED. Defendant Eduardo Hillman-Waller shall surrender to the United States Bureau of Prisons on September 22, 2008.

DONE AND ORDERED at Miami-Dade County, Florida this 19 day of Aug, 2008.

PAUL C. HUCK
United States District Judge

Copies furnished to:

Donald I. Bierman
AUSA Richard Gregorie
Urania Salamanca